# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH R. REISINGER, :

    Plaintiff : CIVIL ACTION NO. 3:19-1260

    v. : (JUDGE MANNION)

MDJ RICHARD CRONAUER, :
*et al.*,
                                :

    **Defendants**

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's motion for a preliminary injunction, **(Doc. 2)**, is **DENIED**;

**(2)** the plaintiff's amended motion for an emergency preliminary injunction, **(Doc. 3)**, is **DENIED**;

**(3)** the plaintiff's motion for the court to expedite ruling on his emergency preliminary injunction motion, **(Doc. 5)**, is **GRANTED**;

**(4)** the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED** for failure to file a proper pleading under Rule 8, for failure to state any basis invoking this court's jurisdiction and, for failure to

state a cognizable claim;

**(5)** the plaintiff is directed to file a proper *in forma pauperis* motion and to file an amended complaint **on or before August 19, 2019**.

          s/ *Malachy E. Mannion*
          **MALACHY E. MANNION**
          **United States District Judge**

**Date: July 23, 2019**

19-1260-01-ORDER.wpd